USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________No. 97-2364 AHMED ALEXANDER KAMARA, Petitioner, v. IMMIGRATION AND NATURALIZATION SERVICE, Respondent. ____________________ ON PETITION FOR REVIEW OF AN ORDER OF THE BOARD OF IMMIGRATION APPEALS ____________________ Before Torruella, Chief Judge, Selya and Stahl, Circuit Judges. ____________________ Stephen A. Lagana and Lagana & Associates on brief for petitioner. Frank W. Hunger, Assistant Attorney General, David M. McConnell,Assistant Director, Office of Immigration Litigation, and Allen W.Hausman, Senior Litigation Counsel, Office of Immigration Litigation,Civil Division, U.S. Department of Justice, on brief for respondent. ____________________ APRIL 16, 1998 ____________________ Per Curiam. This petition for review is frivolous.  Petitioner raises no cognizable challenge to the order of the Board of Immigration Appeals finding his appeal untimely.  Instead, petitioner attempts to raise claims not addressed in that order. We have no jurisdiction to consider those claims. The order is affirmed. See 1st Cir. Loc. R. 27.1. The stay of deportation granted by this court now is lifted.